JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLO CLOVER,<br><br>    Petitioner,<br><br>        v.<br><br>JAMES TILTON, Director,<br><br>    Respondent. | NO. CV 07-00903 CAS (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 21, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE